# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0995

_____

TIMOTHY L. WALDEN,

    Petitioner,

v.

JULIE L. JONES, Secretary of the
Florida Department of
Corrections,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

May 11, 2018

PER CURIAM.

The petition for writ of habeas corpus is dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy L. Walden, pro se, Petitioner.

No appearance for Respondent.